UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 3 0 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

LJUBICA RAJKOVIC,                        )
                                         )
                    Plaintiff,           )
                                         )
        v.                               )          Case: 1:15-cv-01023
                                         )          Assigned To : Unassigned
JOSEPH BIDEN., *et al.*,                 )          Assign. Date : 6/30/2015
                                         )          Description: Pro Se Gen. Civil
                    Defendants.          )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff, a resident of Serbia, alleges that the Vice President of the United States and the United States Ambassador to Serbia contacted the Prime Minister of Serbia, Compl. ¶¶ 4-5, and otherwise facilitated an agreement pursuant to which there is "non-stop air service between the [United States and Serbia] and their airports," *id.* ¶ 8. According to plaintiff, this agreement, violates "Article I. Section 10. Paragraph 3. of [t]he Constitution [o]f [t]he United States[,]" *id.* ¶ 9, which provides:

> No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay.

U.S. Const. art. I, § 10, cl. 3. This constitutional provision pertains to the actions of states, for example, by prohibiting states from "from keeping troops or ships of war in time of peace and from engaging in war." *Perpich v. U.S. Dep't of Defense*, 666 F. Supp. 1319, 1323 (D. Minn. 1987) *aff'd*, 880 F.2d 11 (8th Cir. 1989), *aff'd sub nom. Perpich v. Dep't of Defense*, 496 U.S.

3

334 (1990. There are no factual allegations as to the action of any particular state or states, and as drafted, plaintiff's complaint fails to allege a constitutional violation. The complaint therefore will be dismissed. An Order is issued separately.

DATE: June 5, 2015

United States District Judge